USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/17

**MEMO ENDORSED**

LAW OFFICES
**BRODSKY & SMITH, LLC**

240 MINEOLA BLVD
MINEOLA, NY 11501

516.741.4977
FAX 516.741.0626
www.brodsky-smith.com

PENNSYLVANIA OFFICE
TWO BALA PLAZA, SUITE 510
BALA CYNWYD, PA 19004
610.667.6200

CALIFORNIA OFFICE
9595 WILSHIRE BLVD SUITE 900
BEVERLY HILLS, CA 90212
310.300.8425

> July 10, 2017 Conference cancelled on consent. Clerk is directed to close these cases: 17cv4085, 17cv4155, 17cv4177, 17cv4205.
>
> SO ORDERED:
> Date: 7/7/17  Richard M. Berman
> Richard M. Berman, U.S.D.J.

July 6, 2017

**VIA ECF**

Honorable Richard M. Berman
United States District Court –
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *Rosenfeld v. Kate Spade & Co., et al.*, No. 17cv4085 – RMB
     *Steinberg v. Kate Spade & Co., et al.*, No. 17cv4155 – RMB
     *Garcia v. Kate Spade & Co., et al.*, No. 17cv4177 – RMB
     *Jauregui v. Kate Spade & Co., et al.*, No. 17cv4205 – RMB

Dear Judge Berman:

We represent Plaintiff Alfredo Jauregui, one of the plaintiffs in the above-referenced actions and write this letter on behalf of all plaintiffs in the above-referenced actions. In each action, the plaintiff has filed a stipulation of dismissal. Based on these developments, all plaintiffs and defendants respectfully request that the conference scheduled for July 10, 2017 at 3:00pm be taken off-calendar. If your Honor has any questions, please advise.

Respectfully,

Evan J. Smith

EJS:da
cc.  Andrew Gordon, Esquire
     Scott Luftglass, Esquire
     Juan Monteverde, Esquire
     Richard Acocelli, Esquire
     Brian D. Long, Esquire